IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01856-WYD-BNB

RIPPLE RESORT MEDIA, INC.,

Plaintiff,

v.

SKIVIEW CORPORATION,

Defendant.
_____

## ORDER
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall prepare a revised proposed scheduling order modified as discussed at the conference today and submit it to the court on or before **December 11, 2006**.

Dated December 6, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge