IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01856-WYD-BNB

RIPPLE RESORT MEDIA, INC.,

Plaintiff,

v.

SKIVIEW CORPORATION,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1) Plaintiff's **Stipulated Motion for Extension of Time for Plaintiff to File Rebuttal Expert Report** [Doc. # 23, filed 4/6/2007] (the "Motion for Extension"); and

(2) Plaintiff's **Motion to Strike Certain Defendants Expert Reports** [Doc. # 24, filed 4//6/2007] (the "Motion to Strike").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Extension is DENIED AS MOOT in view of my rulings below.

IT IS FURTHER ORDERED that the Motion to Strike is GRANTED. The three documents identified as making up the expert report of William Robert Blinn are STRICKEN for failing to comply with the requirements of Rule 26(a)(2), Fed. R. Civ. P.

IT IS FURTHER ORDERED that the defendant may submit a revised report by Mr. Blinn on the issue of lost profits damages and which complies with the requirements of Rule 26(a)(2) on or before **May 11, 2007**. The plaintiff may submit an expert report in rebuttal to Mr. Blinn's revised report on or before **June 11, 2007**. The discovery cut-off is extended to and including **July 20, 2007**, at which time all discovery must be completed. The dispositive motion deadline is extended to and including **July 20, 2007**.

IT IS FURTHER ORDERED that the plaintiff's request for the award of sanctions in the form of fees and costs incurred in connection with Mr. Blinn's inadequate expert report and in bringing the Motion to Strike is DENIED.

Dated April 18, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge