IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 06-cv-01856-WYD-BNB  Date: June 12, 2007
Courtroom Deputy: Geneva D. Mattei  FTR BNB COURTROOM A401

| | |
|---|---|
| RIPPLE RESORT MEDIA, INC., | Maria Morrow by telephone |
| Plaintiff, | |
| v. | |
| SKYVIEW CORPORATION, | Jennie Puzio |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    8:59 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Defendant's motion to compel answers to interrogatories pursuant to F.R.C.P. 37(a)(5/16/07 #33) is Granted in Part and Denied in Part.**

Court in Recess    9:32 p.m.    Hearing concluded.

Total time in court:    00:33