IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01856-WYD-BNB

RIPPLE RESORT MEDIA, INC.,

Plaintiff,

v.

SKIVIEW CORPORATION,

Defendant.

---

## ORDER

---

This matter is before me on the **Defendant's Motion to Compel Answers to Interrogatories Pursuant to F.R.C.P. 37(a)** [Doc. # 33, filed 5/16/2007] (the "Motion to Compel"). I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as stated on the record.

IT IS FURTHER ORDERED that the plaintiff shall make supplemental discovery responses to the defendant consistent with this order on or before **June 25, 2007**.

Dated June 12, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge