IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01856-WYD-BNB

RIPPLE RESORT MEDIA, INC.,

Plaintiff,

v.

SKIVIEW CORPORATION,

Defendant.

_____

## ORDER
_____

This matter is before me on the plaintiff's **Motion for Leave to File Amended Answer to Counterclaims** [Doc. # 41, filed 7/17/2007] (the "Motion to Amend"). The defendant responded to the Motion to Amend stating, among other things, that it "is appropriate under F.R.C.P. 15 for this Court to grant plaintiff's Motion to Amend and, for economy and efficiency, will stipulate to plaintiff's motion." Response [Doc. # 48, filed 8/10/2007] at ¶5. Accordingly,

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the *Plaintiff's Amended Answer to Counterclaims* [Doc. # 41-2] attached as an exhibit to the Motion to Amend.

Dated September 6, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge