IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01856-WYD-BNB

RIPPLE RESORT MEDIA, INC.,

Plaintiff,

v.

SKIVIEW CORPORATION,

Defendant.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Leave to Take Certain Depositions After the Discovery Cutoff** [Doc. # 43, filed 7/17/2007] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The case schedule is modified to extend the discovery cut-off to and including **October 31, 2007**, solely to allow the Rule 30 (b)(6) deposition of SkiView Corporation and the depositions of the expert witnesses to be taken.

IT IS FURTHER ORDERED that the Rule 30(b)(6) deposition of SkiView shall occur in the State of Colorado at a location to be agreed to by the parties.

IT IS FURTHER ORDERED that the final pretrial conference set for October 12, 2007, is VACATED and RESET to **November 15, 2007, at 1:30 p.m.** Counsel may appear at the final

pretrial conference by telephone. The proposed final pretrial order shall be submitted to the court no later than **November 8, 2007**.

Dated September 6, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge