**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-CV-01856

RIPPLE RESORT MEDIA, INC.

v.

SKIVIEW CORPORATION

_____

**NOTICE OF WAIVER OF RIGHT TO JURY TRIAL**
**AND STIPULATED AMENDMENT TO FINAL PRETRIAL ORDER**
_____

The parties, by and through their attorneys, hereby submit the following Notice that the parties have decided to waive their right to a jury trial, and proceed to try this case to the Court. The parties respectfully request that Paragraph 13 of the Final Pretrial Order be deleted and replaced with the following:

**13. TRIAL AND ESTIMATED TRIAL TIME; FURTHER TRIAL**
**PREPARATION HEARINGS**

The trial is to the court. The estimated trial time is three and one-half (3 ½) days. The trial will be held at the United States District Court in Denver Colorado.

Dated: June 13, 2008

                              BY THE COURT:


                              s/ Wiley Y. Daniel_____
                              Wiley Y. Daniel
                              U. S. District Judge

_____

APPROVED:

_____
_/s/ Maria Morrow_

Maria Morrow
Oates Knezevich Gardenswartz & Kelly, P.C.
533 E. Hopkins Avenue, 3rd Floor
Aspen, CO 81611
(970) 920-1700
Attorney for Plaintiff

_____
_/s/ Peter William Thomas, Jr._

Peter W. Thomas, Jr.
Peter William Thomas, P.C.
Two Creeks Professional Building
P.O. Box 5887
0021 Burnt Mountain Circle
Snowmass Village, CO 81615
(970) 923-4800
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 2nd day of June 2008, served the foregoing NOTICE OF WAIVER OF RIGHT TO JURY TRIAL AND STIPULATED AMENDMENT TO FINAL PRETRIAL ORDER upon the parties hereto by providing a copy thereof to and requesting that service be made by, ECF to the following:

Peter W. Thomas, Jr.
Two Creeks Professional Building
Post Office Box 5887
0021 Burnt Mountain Circle
Snowmass Village, Colorado  81615
(970) 923-4800


*/s/ Maria Morrow*