IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01856-WYD-BNB

RIPPLE RESORT MEDIA, INC.,

    Plaintiff(s),

v.

SKIVIEW CORPORATION,

    Defendant(s).

## ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant Skiview Corporation shall file a response to Plaintiff's Motion in Limine to Bar Ski View From Challenging the Enforceablity of the Liquidated Damages Provision and From Proceeding to Trial with a Second Claim of Relief for Unjust Enrichment, filed July 9, 2008 (docket #92) on or before Monday, July 14, 2008. The Court would prefer Defendant's response today, Friday, July 11, 2008, if at all possible.

    Dated: July 11, 2008