**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: July 14, 2008 |
| E.C.R./Reporter: Kara Spitler | |

| | |
|---|---|
| Civil Action No: **06-cv-01856-WYD-BNB** | <u>Counsel:</u> |
| **RIPPLE RESORT MEDIA, INC.**, | Maria Morrow |
| Plaintiff, | |
| v. | |
| **SKIVIEW CORPORATION**, | William G. Argeros |
| | John B. Rediker |
| Defendant. | |

**COURTROOM MINUTES**

**TRIAL TO COURT (DAY 1)**

**9:12 a.m.** Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

**ORDERED:** Sarah Oates will be allowed to sit at counsel table.

Plaintiff's Motion to Strike SkiView's New Set of Exhibits for Failure to Disclose in Accordance with the Court's Order (#88 - 7/7/08) is raised for argument.

**9:14 a.m.** Argument by Plaintiff (Ms. Morrow).

**ORDERED:** Plaintiff's Motion to Strike SkiView's New Set of Exhibits for Failure to Disclose in Accordance with the Court's Order (#88 - 7/7/08) is **DENIED.**

Judge Wiley Y. Daniel
06-cv-01856-WYD-BNB - Courtroom Minutes

|  |  |
|---|---|
|  | Plaintiff's Motion to Strike SkiView's Expert Reports and to Exclude Testimony of William Robert Blinn (#79 - 7/1/08) is raised for argument. |
| 9:19 a.m. | Argument by Plaintiff (Ms. Morrow). |
| 9: a.m. | Argument by Defendant (Mr. Argeros). |
| **ORDERED:** | Plaintiff's Motion to Strike SkiView's Expert Reports and to Exclude Testimony of William Robert Blinn (#79 - 7/1/08) is **TAKEN UNDER ADVISEMENT.** |
|  | Plaintiff's Motion in Limine Re: Liquidated Damages and Unjust Enrichment (#92 - 7/9/08) is raised for argument. |
| 9:23 a.m. | Argument by Plaintiff (Ms. Morrow). |
| 9:26 a.m. | Argument by Defendant (Mr. Rediker). |
| **ORDERED:** | Plaintiff's Motion in Limine Re: Liquidated Damages and Unjust Enrichment (#92 - 7/9/08) is **GRANTED IN PART and DENIED IN PART.** The motion is **GRANTED** as it relates to the unjust enrichment claim and **DENIED** as to liquidated damages. |
| 9:35 a.m. | Discussion regarding issues related to exhibits and proposed findings of fact. |
| 9:45 a.m. | Opening statement by Plaintiff (Ms. Morrow). |
| 10:03 a.m. | Opening statement by Defendant (Mr. Argeros). |
| 10:15 a.m. | Plaintiff's witness **Matthew Jay** sworn. |
|  | Direct examination by Plaintiff (Ms. Morrow). *EX ID:* *B-24* |

**Exhibit/s B-24 RECEIVED.**

**10:53 a.m.**   Court in Recess

Judge Wiley Y. Daniel
06-cv-01856-WYD-BNB - Courtroom Minutes

**11:16 a.m.**     Court in Session

Plaintiff's witness **Matthew Jay** resumes.

Direct examination by Plaintiff (Ms. Morrow).
*EX ID:        1, B-24, 15-A, 15-B, 2*

**Exhibit/s 1, 15-A, 15-B, 2 RECEIVED.**

**12:10 p.m.**     Court in Recess

**1:44 p.m.**     Court in Session

Plaintiff's witness **Matthew Jay** resumes.

Direct examination by Plaintiff (Ms. Morrow).
*EX ID:        10, 21, 22, 1, 25, 30, 24, 25, 26, 28*

**Exhibit/s 10, 21, 22, 30, 24, 25, 26, 28 RECEIVED.**

2:51 p.m.     Cross examination by Defendant (Mr. Argeros).
*EX ID:        1*

**3:25 p.m.**     Court in Recess

**3:48 p.m.**     Court in Session

Plaintiff's witness **Matthew Jay** resumes.

Cross examination by Defendant continues (Mr. Argeros).
*EX ID:        25, A-6, A-73, A-9*

**Exhibit/s A-6, A-73, A-9 RECEIVED.**

**4:44 p.m.**     Court in Recess - TRIAL CONTINUED

**TOTAL TIME:   5:11**