IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO
                         JUDGE WILEY Y. DANIEL

---

Courtroom Deputy:   Robert R. Keech          Date:   July 16, 2008
E.C.R./Reporter:    Kara Spitler

---

Civil Action No: **06-cv-01856-WYD-BNB**      Counsel:

**RIPPLE RESORT MEDIA, INC.**,                Maria Morrow

      Plaintiff,

v.

**SKIVIEW CORPORATION**,                     William G. Argeros
                                              John B. Rediker
      Defendant.

---

                          **COURTROOM MINUTES**

---

**TRIAL TO COURT (DAY 3)**

**9:18 a.m.**   Court in Session

9:19 a.m.       Defendant's witness **William Robert Blinn, Jr.** sworn.

                Direct examination by Defendant (Mr. Rediker).
                *EX ID:*     *A-50*

**Exhibit/s A-50 RECEIVED.**

9:48 a.m.       Cross examination by Plaintiff (Ms. Morrow).
                *EX ID:*     *A-50, 15-A, 15-B*

10:06 a.m.      Re-Direct examination by Defendant (Mr. Rediker).
                *EX ID:*     *A-50*

10:11 a.m.      Re-Cross examination by Plaintiff (Ms. Morrow).

Judge Wiley Y. Daniel
06-cv-01856-WYD-BNB - Courtroom Minutes

Judge Wiley Y. Daniel
06-cv-01856-WYD-BNB - Courtroom Minutes

10:11 a.m.   Direct examination by Defendant (Mr. Rediker).

10:24 a.m.   Voir dire by Plaintiff (Ms. Morrow).

10:31 a.m.   Direct examination by Defendant continues (Mr. Rediker).
             *EX ID:    A-76, A-75*

**Exhibit/s A-75 RECEIVED.**

*Witness tendered and accepted as an expert.*

**10:53 a.m.**   Court in Recess

**11:18 a.m.**   Court in Session

**ORDERED:**   Plaintiff's Motion to Strike SkiView's Expert Reports and to Exclude Testimony of William Robert Blinn (#79 - 7/1/08) is **DENIED IN PART and RULING RESERVED IN PART.**

11:22 a.m.   Defendant's witness **William Robert Blinn, Jr.** resumes.

             Direct examination by Defendant continues (Mr. Rediker).
             *EX ID:    A-76, B-25*

**Exhibit/s A-76, A-77, A-78, A-79, A-80, A-81, A-82, A-83, A-84, A-85, A-86, A-87, A-88, A-89, A-90, A-91, A-92, A-93, A-94, A-95, A-96, B-25 RECEIVED.**

11:37 a.m.   Cross examination by Plaintiff (Ms. Morrow).
             *EX ID:    Deposition of William R. Blinn (10/26/07) for purposes of impeachment*

12:11 p.m.   Re-Direct examination by Defendant (Mr. Rediker).

12:16 p.m.   Re-Cross examination by Plaintiff (Ms. Morrow).

12:20 p.m.   Court's examination of witness.

12:22 p.m.   Discussion regarding schedule for the afternoon.

**12:25 p.m.**   Court in Recess

-2-

Judge Wiley Y. Daniel
06-cv-01856-WYD-BNB - Courtroom Minutes

**1:39 p.m.**     Court in Session

Defendant's witness **James Edward Blinn** resumes.

Direct examination by Defendant (Mr. Argeros).
***EX ID:        A-56, B-25, B-24, 65, 66***

2:19 p.m.     Cross examination by Plaintiff (Ms. Morrow).
***EX ID:        B-21, B-24, A-59, 51***

**Exhibit/s A-59 RECEIVED.**

**Exhibit/s 51 REFUSED.**

Defendant's oral motion to amend the pleadings pursuant to F.R.Civ.P. 15.

**ORDERED:**     Defendant's oral motion to amend the pleadings pursuant to F.R.Civ.P. 15 is **DENIED.**

Defendant's oral motion pursuant to F.R.Civ.P. 52.

**ORDERED:**     Defendant's oral motion pursuant to F.R.Civ.P. 52 is **DENIED.**

2:51 p.m.     Defendant rests

2:52 p.m.     Plaintiff's rebuttal witness **Jack Wesley Harris** sworn.

Direct examination by Plaintiff (Ms. Morrow).
***EX ID:        B-25, A-75 through A-96***

3:22 p.m.     Cross examination by Defendant (Mr. Rediker).
***EX ID:        B-25***

3:34 p.m.     Plaintiff rests

Court outlines areas for counsel to focus in closing arguments.

**3:36 p.m.**     Court in Recess

**3:51 p.m.**     Court in Session

        Court makes findings as to Defendant's oral motion to amend the pleadings pursuant to F.R.Civ.P. 15.

4:00 p.m.    Closing argument by Plaintiff (Ms. Morrow).

4:33 p.m.    Closing argument by Defendant (Mr. Argeros).

4:45 p.m.    Rebuttal argument by Plaintiff (Ms. Morrow).

        Court makes findings.

**ORDERED:**    Court finds in favor of Defendant, SkiView Corporation and against Plaintiff, Ripple Resort Media, Inc. The amount of damages to be awarded is **TAKEN UNDER ADVISEMENT** and will be determined by the Court at a later date.

**ORDERED:**    Defendant shall submit revised findings of fact and conclusions of law not later than **Friday, August 1, 2008.**

**ORDERED:**    Parties shall file supplemental briefing on issue of damages not later than **Friday, August 1, 2008.**

**5:02 p.m.**    Court in Recess - TRIAL CONCLUDED

**CLERK'S NOTE: ORIGINAL EXHIBITS AND DEPOSITIONS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE TRIAL.**

**TOTAL TIME: 5:50**