IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01856-WYD-BNB

RIPPLE RESORT MEDIA, INC.,

    Plaintiff(s),

v.

SKIVIEW CORPORATION,

    Defendant(s).

## ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant Skiview Corporation's Request for Leave to File Response to Ripple Resort Media's Position Statement on Lost Profits and Damages, filed August 4, 2008 (docket #102) is **GRANTED**. Defendant shall limit its response to no more than 25 pages. Plaintiff Ripple Resort Media's Motion for Leave to File Oversized Brief, filed August 6, 2008 is **GRANTED**.

    Dated: August 6, 2008