IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01856-WYD-BNB

RIPPLE RESORT MEDIA, INC.,

    Plaintiff(s),

v.

SKIVIEW CORPORATION,

    Defendant(s).

## ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff Ripple Resort Media, Inc.'s Request for Leave to File Response to Skiview Corporation's Proposed Findings of Fact and Conclusions of Law, filed August 6, 2008 (docket # 104) is **GRANTED**. Plaintiff's findings of fact and conclusion of law shall be limited to the issues set forth in Plaintiff's motion.

    Dated: August 8, 2008