IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01856-WYD-BNB

RIPPLE RESORT MEDIA, INC.,

    Plaintiff(s),

v.

SKIVIEW CORPORATION,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Motion to Stay Proceeding to Enforce Judgment (docket #117) and Motion to Amend/Correct/Modify Findings of Fact and Conclusions of Law (docket #116) are STRICKEN with leave to refile in accordance with local rule 7.1.

    Dated: November 4, 2008